UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** <br><br> Plaintiff <br><br> v. <br><br> **LAS PIEDRAS CONSTRUCTION CORP.**, et al., <br><br> Defendants. | **CIVIL ACTION NO.** 16-01800 (RAM) <br><br><br> Breach of Contract, Specific Performance, Civil Code Indemnity, Common Law Indemnity, Exoneration, Quia Timet |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, Fidelity and Deposit Company of Maryland ("Surety"), and Defendants, Las Piedras Construction Corp. ("Las Piedras"), L.P.C.&D., Inc. ("LPCD"), Tejo, Inc., ("Tejo"), Equipment Depot, Inc. ("EDI"), Kane Caribbean, Inc. ("KCI"), Piezas Extra, Inc. ("PEI"), Equipos de Boqueron, Inc. ("EBI"), Caribbean Raceway Park, Inc. ("CRP"), Hacienda Cuco, Inc. ("HCI"), and Pedro Feliciano Benitez ("Feliciano") (collectively "Defendants"), by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate as follows:

1. All claims by, against, or between the parties in this action are dismissed ***with prejudice*** with each party to bear and be responsible for their own attorneys' fees and costs.

Dated: August 27, 2021.

Respectfully submitted,

| **GURLEY & ASSOCIATES** | **ANTONETTI MONTALVO & RAMIREZ COLL** |
|---|---|
| PO Box 8387<br>Fernández Juncos Station<br>San Juan, Puerto Rico 00910-8387<br>Telephone: (787) 522-0525<br>Facsimile: (787) 522-0524 | P.O. Box 13128<br>San Juan, PR 00908<br>Tel: (787) 977-0303<br>Fax: (787) 977-0323 |
| */s/ Alfredo Fernandez Martinez*<br>Alfredo Fernandez Martinez<br>USDC-PR #210511<br>afernandez@gurleyassociates.com | s/ *José L. Ramírez-Coll*<br>JOSÉ L. RAMÍREZ-COLL<br>USDC-PR No. 221702<br>Email: jramirez@amrclaw.com |
| */s/ David E. Gurley*<br>David E. Gurley<br>USDC-PR # 221202<br>dgurley@gurleyassociates.com | /s/ *Omar Hopgood*<br>OMAR HOPGOOD<br>USDC-PR No. 229306<br>ohopgood@amrclaw.com |
| *Counsel for Fidelity and Deposit Company of Maryland* | *Counsel for all Defendants* |

## CERTIFICATE OF SERVICE

I certify that on this same date a copy of the forgoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 27th day of August, 2021.

**GURLEY & ASSOCIATES**

PO Box 8387
Fernández Juncos Station
San Juan, Puerto Rico 00910-8387
Telephone: (787) 522-0525
Facsimile: (787) 522-0524

*/s/ Alfredo Fernandez Martinez*
Alfredo Fernandez Martinez
USDC-PR #210511
afernandez@gurleyassociates.com

*/s/ David E. Gurley*
David E. Gurley
USDC-PR # 221202
dgurley@gurleyassociates.com

*Counsel for Fidelity and Deposit Company of Maryland*